USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARENT FOX LLP
1675 Broadway
New York, NY 10019

            Plaintiff,

v.

ROBERTA ROUSSEAU
1000 Island Boulevard, Suite 2506
Aventura, Florida 33160,

            Defendants.

09 Civ. 7008 (PKC)

**DEFAULT JUDGMENT**

    This action having been commenced on August 7, 2009, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Roberta Rousseau, on August 28, 2009, by personal service on same at her residence at 1000 Island Boulevard, Suite 2506, Aventura, Florida, 33160, and a proof of service having been filed on September 9, 2009, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of $218.803.72 with accrued interest at 1% per month from 30 days after the date of each invoice upon which the liquidated amount is based amounting to $14,934.98 amounting in all to $233,738.71.

Dated: New York, New York
9-28-09

_____
U.S.D.J.

This document was entered on the docket on _____.

GENBUS/695325.1